UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EVA TOLDI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SENTRY RECOVERY & COLLECTIONS, INC., <br><br> Defendant. | Case No. 2:14-cv-1350-RFB-PAL <br><br> ORDER |

Before the court is the parties' Stipulation and Order to Extend Discovery Deadlines Pursuant to Fed. R. Civ. P. 16(B)(4) and Local Rule 26-4 (Dkt. #19).  The parties request a thirty-day extension of discovery and related deadlines, but do not state good cause for the extension and have not complied with LR 26-4.  This is a simple case. At a hearing held on October 28, 2014, the court advised counsel that any request for extension would be scrutinized for a strong showing of good cause and due diligence. The parties have shown neither.  Since then Plaintiff served Defendant with written discovery requests November 14, 2014.  Defendants have served no written discovery but intend to if the case is not settled.  Plaintiff noticed a Rule 30(b)(6) deposition for February 26, 2015.  No other discovery has been scheduled or completed.  Accordingly,

**IT IS ORDERED** that the parties' Stipulation and Order to Extend Discovery Deadlines (Dkt. #19) is **DENIED**.

DATED this 9th day of February, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1