ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
MEGAN H. HUMMEL, ESQ.
Nevada Bar No. 12404
**GORDON & REES LLP**
3770 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
rlarsen@gordonrees.com
mhummel@gordonrees.com

Attorneys For: Defendant
SENTRY RECOVERY & COLLECTIONS, INC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVA TOLDI AND NADER MOSSAVI, | CASE NO. 2:14-cv-01350-RFB-PAL |
| Plaintiffs, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| vs. | |
| SENTRY RECOVERY & COLLECTIONS, INC., | |
| Defendant. | |

PLAINTIFFS, Eva Toldi and Nader Mossavi ("Plaintiffs"), and DEFENDANT, Sentry Recovery & Collections, Inc. ("Defendant"), by and through their counsel of record, herby stipulate and agree to dismiss all claims between them in the above-entitled action with prejudice, each party to bear their own attorney's fees and costs.

///
///
///
///
///
///
///
///

1  Plaintiffs and Defendant further stipulate and agree that the judgment entered by the
2  Court on April 9, 2015 shall be vacated.

DATED this 5 of ~~May~~ June, 2015

**GORDON & REES LLP**

_____
Robert S. Larsen, Esq.
Megan H. Hummel, Esq.
3770 Howard Hughes Pkwy, Suite 100
Las Vegas, Nevada
rlarsen@gordonrees.com
mhummel@gordonrees.com
Attorneys for Defendant

DATED this 13th of May, 2015

**KAZEROUNI LAW GROUP**

_____
Danny J. Horen, Esq.
7854 W. Sahara Avenue
Las Vegas, Nevada
danny@kazlg.com
Attorney for Plaintiffs

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: June 16, 2015.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of June, 2015, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** postage prepaid and addressed to:

Danny Horen, Esq.
**KAZEROUNI LAW GROUP, APC**
7854 West Sahara Avenue
Las Vegas, Nevada 89117
danny@kazlg.com

*Attorneys for Plaintiff*

/s/ Andrea Montero
An employee of Gordon & Rees LLP

-3-